**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* City of Port Hueneme; Port of Hueneme Oxnard Harbor District; County of Ventura; Naval Base Ventura County Construction Batallion Center; State of California; Carefree Living Association of Hueneme Bay, a California company; and Does 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jack Schlonsky, an individual



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Electronically **FILED**
by Superior Court of California
County of Ventura
12/23/2021
Brenda L. McCormick
Executive Officer and Clerk

Joan Foster
Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Ventura - Hall of Justice
*(El nombre y dirección de la corte es):*
800 South Victoria Avenue
Ventura, California 93009

CASE NUMBER: *(Número del Caso):*
56-2021-00561545-CU-PO-VTA

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert L. Booker II, Esq.; Soheil Bahari, Esq.; 864 S. Robertson Blvd., 3rd Fl., Los Angles, CA 90035; 888-203-1422

DATE: ~~December 23, 2021~~ 12/23/2021    Clerk, by    Brenda L. McCormick    , Deputy
*(Fecha)*    *(Secretario)*    Joan Foster    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Naval Base Ventura County Construction Batallion Center.
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☑ other *(specify):* Public Entity.
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

Exhibit 1                                                                                          3

ROBERT L. BOOKER II, ESQ. (BAR NO. 232065)
SOHEIL BAHARI, ESQ. (BAR NO. 297162)
**CENTURY PARK LAW GROUP, LLP**
864 S. Robertson Blvd., 3rd Floor
Los Angeles, California 90035
Telephone: (888) 203-1422
Facsimile: (888) 203-1424
Email: Robert@CPLGLaw.com
Email: Soheil@CPLGLaw.com

Attorneys for Plaintiff
JACK SCHLONSKY

Electronically FILED by Superior Court of California County of Ventura
12/23/2021
Brenda L. McCormick
Executive Officer and Clerk
Joan Foster
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF VENTURA – UNLIMITED

| | |
|---|---|
| JACK SCHLONSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PORT HUENEME; PORT OF HUENEME OXNARD HARBOR DISTRICT; COUNTY OF VENTURA; NAVAL BASE VENTURA COUNTY CONSTRUCTION BATTALION CENTER; STATE OF CALIFORNIA; CAREFREE LIVING ASSOCIATION OF HUENEME BAY; a California company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 56-2021-00561545-CU-PO-VTA<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. Dangerous Condition on Public Property<br>2. Premises Liability<br>3. General Negligence<br><br>**[DEMAND FOR TRIAL BY JURY]** |

Plaintiff JACK SCHLONSKY alleges as follows:

### PRELIMINARY ALLEGATIONS

1. Plaintiff JACK SCHLONSKY is, and at all times hereinafter mentioned was, an individual residing in the County of Ventura, State of California.

2. Defendant CITY OF PORT HUENEME (hereinafter referred to as "Defendant") is, and at all times hereinafter mentioned was, a Public Entity, duly

-1-

**COMPLAINT FOR DAMAGES**

Exhibit 1                    4

1  organized and existing under the laws of the State of California and in the County of
2  Ventura. Defendant PORT OF HUENEME OXNARD HARBOR DISTRICT (hereinafter
3  referred to as "Defendant") is, and at all times hereinafter mentioned was, a Public
4  Entity, duly organized and existing under the laws of the State of California and in the
5  County of Ventura. Defendant COUNTY OF VENTURA (hereinafter referred to as
6  "Defendant") is, and at all times hereinafter mentioned was, a Public Entity, duly
7  organized and existing under the laws of the State of California and in the County of
8  Ventura. Defendant NAVAL BASE VENTURA COUNTY CONSTRUCTION BATTALION
9  CENTER (hereinafter referred to as "Defendant") is, and at all times hereinafter
10 mentioned was, a Public Entity, duly organized and existing under the laws of the State
11 of California and in the County of Ventura. Defendant STATE OF CALIFORNIA
12 (hereinafter referred to as "Defendant") is, and at all times hereinafter mentioned was,
13 a Public Entity, duly organized and existing under the laws of the State of California and
14 in the County of Ventura. Defendant CAREFREE LIVING ASSOCIATION OF HUENEME
15 BAY, (hereinafter referred to as "Defendant") is, and at all times hereinafter mentioned
16 was, a company doing business in and with a principal place of business in the County
17 of Ventura, State of California. Jurisdiction in this court is proper pursuant to California
18 *Code of Civil Procedure* 410.10 because Defendant does business in, purposefully avail
19 itself of, or otherwise reside within the State of California. Defendants are, and at all
20 times herein mentioned were, one of the owners and/or managers of a roadway and/or
21 manhole located at or near Lido Blvd. near E. Alta Alley, Port Hueneme, CA 93041
22 (hereinafter referred to as "PREMISES") and/or property near the PREMISES.
23       3.   The true names and capacities, whether individual, corporate, associate or
24 otherwise, of defendants, DOES 1 through 100, inclusive, are unknown to Plaintiff, who
25 therefore sues said defendants by such fictitious names, and Plaintiff will ask leave of
26 the Court to amend this complaint to show their true names and capacities when the
27 same have been ascertained. Plaintiff is informed, believes, and thereon alleges that each
28 of the defendants designated herein as a DOE is negligently responsible in some manner

-2-

**COMPLAINT FOR DAMAGES**

Exhibit 1                    5

for the events and happenings herein alleged.

4.  Plaintiff is informed, believes, and thereon alleges that at all times herein mentioned defendants, and each of them, were acting on their own behalf and as the agents, employees and representatives of each other and of DOES 1 through 100, inclusive, and were and are at all times relevant hereto acting within the scope and authority of such agency and employment and with the knowledge, consent, approval and ratification of each of the named defendants and of DOES 1 through 100, inclusive.

5.  Venue in this Court is proper in that the cause of action occurred within this district, and/or at least one defendant resides in this judicial district.

6.  Jurisdiction in this court is proper in that the principal amount in controversy is in excess of $25,000.00.

7.  On May 23, 2021, Plaintiff tripped and fell at the PREMISES. On or about August 18, 2021, Plaintiff timely filed Claims for Damages with Defendants CITY OF PORT HUENEME, COUNTY OF VENTURA, and STATE OF CALIFORNIA in this matter. On September 8, 2021, Plaintiff timely filed an amended Claim for Damages with Defendant STATE OF CALIFORNIA. On September 10, 2021, COUNTY OF VENTURA rejected the claim. On October 5, 2021, Plaintiff timely filed a Claim for Damages with Defendants PORT OF HUENEME OXNARD HARBOR DISTRICT and NAVAL BASE VENTURA COUNTY CONSTRUCTION BATTALION CENTER. On October 18, 2021, the CITY OF PORT HUENEME rejected the claim. No other Defendants have rejected the claims. Thus, this Complaint is timely filed.

**FIRST CAUSE OF ACTION**
**DANGEROUS CONDITION OF PUBLIC PROPERTY**
**(AGAINST CITY OF PORT HUENEME, PORT OF HUENEME OXNARD HARBOR DISTRICT, COUNTY OF VENTURA, NAVAL BASE VENTURA COUNTY CONSTRUCTION BATALLION CENTER, STATE OF CALIFORNIA, & DOES 1-50)**

8.  Plaintiff incorporates herein by reference paragraphs 1 through 7,

-3-

**COMPLAINT FOR DAMAGES**

Exhibit 1                                                                                          6

inclusive, as if fully set forth herein and with the same force and effect.

9. At all times mentioned herein, Defendant CITY OF PORT HUENEME, PORT OF HUENEME OXNARD HARBOR DISTRICT, COUNTY OF VENTURA, NAVAL BASE VENTURA COUNTY CONSTRUCTION BATALLION CENTER, STATE OF CALIFORNIA, and/or DOES 1 through 50, inclusive, owned, maintained, controlled, managed, and operated the PREMISES.

10. At the aforementioned time and place, Defendants, and each of them, inadequately and negligently maintained, repaired, managed, controlled, and owned, the PREMISES. Defendants and each of them, by virtue of their ownership, control, management, manufacture, design, assembly, sale, delivery, repair and/or maintenance of the PREMISES, owed a duty of care to Plaintiff who was on the PREMISES.

11. Based on information and belief and thereon alleged, Defendants knew of or should have known of the dangerous condition on the PREMISES through regular inspections.

12. Defendants, and each of them, breached said duty by negligently controlling and/or maintaining the PREMISES, by failing to keep the PREMISES in good order, by negligently failing to take steps including but not limited to making reasonable inspections of the PREMISES to either make the condition safe or warn Plaintiff and/or the general public of the dangerous condition of said PREMISES, all of which caused Plaintiff to be injured, causing Plaintiff to suffer the injuries and damages hereinafter described.

13. Plaintiff is further informed, believes, and based thereon alleges that under California *Government Code* sections 830, 835, et seq., Defendant; and DOES 1 through 50, inclusive, are public entities, liable for injury caused by a dangerous condition of its property as set forth herein.

14. The PREMISES, specifically uneven roadway and/or manhole, among other things, was in a dangerous condition at the time of Plaintiff sustaining Plaintiff's injury as a result of Plaintiff tripping and falling due to the uneven roadway and/or manhole.

-4-

**COMPLAINT FOR DAMAGES**

Exhibit 1    7

15. Plaintiff's injury was proximately caused by the dangerous condition, as stated herein.

16. The dangerous condition of the PREMISES, among other things, created a reasonably foreseeable risk of the kind of injury that was sustained by Plaintiff.

17. Plaintiff is further informed, believes, and based thereon alleges that either a negligent or wrongful act or omission of an employee of Defendant and DOES 1 through 50, inclusive, within the scope of the employee's employment, created the dangerous condition, as herein stated, or, that Defendant and DOES 1 through 50, inclusive, had actual or constructive notice of said dangerous condition under California *Government Code* section 835.2 a sufficient time prior to Plaintiff's injury to have taken measures to protect against the dangerous condition.

18. As a direct and proximate result of each Defendant's wrongful conduct, Plaintiff was hurt and injured in Plaintiff's health, strength and activity, sustaining personal and physical injuries to Plaintiff's nervous system and person, all of which injuries have caused and continue to cause Plaintiff mental, physical, and nervous pain and suffering, including but not limited to emotional distress, anxiety, fear and worry. As a result of such injuries, Plaintiff seeks general damages in an amount to be proved at the time of trial.

19. As a further direct and proximate result of each defendant's wrongful conduct, Plaintiff has been and will be required to obtain medical, hospital and other services, past, present and future; Plaintiff has been disabled from performing Plaintiff's normal activities, duties, and will be so disabled in the future and Plaintiff has incurred incidental expenses, past, present and future. As a result of such losses, Plaintiff seeks special damages in an amount to be proved at the time of trial.

### SECOND CAUSE OF ACTION
### PREMISES LIABILITY
### (AGAINST CAREFREE LIVING ASSOCIATION OF HUENEME BAY & DOES 51-100)

20. Plaintiff incorporates herein by reference paragraphs 1 through 19,

-5-

**COMPLAINT FOR DAMAGES**

Exhibit 1    8

inclusive, as if fully set forth herein and with the same force and effect.

21. At all times mentioned herein, Defendant CAREFREE LIVING ASSOCIATION OF HUENEME BAY & DOES 51 through 100, inclusive, owned, designed, constructed, maintained, controlled, managed, and operated the PREMISES or other property near the PREMISES.

22. At the aforementioned time and place, Defendants, and each of them, inadequately and negligently maintained, repaired, managed, controlled, and owned, their property which negatively affected the PREMISES. Defendants and each of them, by virtue of their ownership, control, management, manufacture, design, assembly, sale, delivery, repair and/or maintenance of their property near the PREMISES, owed a duty of care to Plaintiff who would foreseeably be on and use the PREMISES.

23. Defendant DOES 51 through 100, and each of them, breached said duty by negligently controlling and/or maintaining their property near the PREMISES, by failing to keep their property in good order, by negligently failing to take steps including but not limited to making reasonable inspections of their property to either make the condition safe or warn Plaintiff of the dangerous condition of the PREMISES caused by their property, all of which caused Plaintiff to be injured, causing Plaintiff to suffer the injuries and damages hereinafter described.

24. As a proximate result of the negligence of Defendants and each of them, Plaintiff was hurt and injured in Plaintiff's health, strength and activity, sustaining injuries to said person, all of which injuries have caused, and continue to cause Plaintiff mental, physical and nervous pain and suffering. Plaintiff is informed, believes, and thereon alleges that such injuries have and will result in some temporary and/or permanent disability to Plaintiff. As a result of such injuries, Plaintiff has suffered general damages in an amount according to proof.

25. As a further direct and proximate result of Defendants', and each of their, negligence, carelessness, recklessness and unlawful conduct thereby caused, as aforesaid, Plaintiff has been required to obtain medical services, past, present and future;

-6-

**COMPLAINT FOR DAMAGES**

Exhibit 1    9

has suffered loss of income and earnings, past, present and future; evidence of all of which Plaintiff will present at the time of trial and will amend this Complaint to conform to the proof if required to do so.

26. As a proximate result of the negligence of Defendants, and each of them, Plaintiff suffered from emotional distress and other mental injuries. As a result of such distress and mental injuries, Plaintiff has suffered general damages in an amount according to proof but in excess of the jurisdictional amount.

## THIRD CAUSE OF ACTION
## GENERAL NEGLIGENCE
### (AGAINST CAREFREE LIVING ASSOCIATION OF HUENEME BAY & DOES 51-100)

27. Plaintiff incorporates herein by reference paragraphs 1 through 26, inclusive, as if fully set forth herein and with the same force and effect.

28. Plaintiff is informed, believes, and hereon alleges that Plaintiff was further injured due to negligent acts or omissions by agents, representatives or employees of Defendants DOES 51 through 100, and each of them.

29. Plaintiff is informed, believes, and hereon alleges that at all relevant times, Defendants, and each of them, owed Plaintiff a legal duty and/or duties. Plaintiff is further informed and believes that Defendants, and each of them, breached said duty and/or duties.

30. As a direct and proximate result of the negligence of the Defendants, and each of them, Plaintiff was seriously injured in health, strength and activity, sustaining injury to the body and shock and injury to the nervous system and person, all of which said injuries have caused, and continue to cause Plaintiff physical, mental and nervous pain, suffering and anguish, all to Plaintiff's general damage in a sum in excess of the minimal jurisdictional requirements of this Court to be determined at some future date, according to law. Accordingly, Plaintiff will also seek prejudgment interest for all such damages.

31. As a further direct and proximate result of the negligence of the Defendants, and each of them, Plaintiff was required to, and did, employ physicians,

-7-

COMPLAINT FOR DAMAGES

Exhibit 1   10

surgeons and other health care practitioners to examine, treat and care for Plaintiff, and did incur medical and incidental expenses. The exact amount of such expenses is unknown to Plaintiffs at this time, and Plaintiffs will ask leave to amend this Complaint to set forth the exact amount thereof when the same is ascertained.

32. As a further direct and proximate result of the negligence of the Defendants, and each of them, Plaintiff sustained loss of earnings and earning capacity. The exact amount of such loss is unknown to Plaintiff at this time, and Plaintiff will ask leave to amend this Complaint to set forth the exact amount thereof when the same is ascertained.

### REQUEST FOR JURY TRIAL

33. Plaintiff hereby requests a trial by jury on all claims for relief alleged in, and on all issues raised by, this Complaint.

### PRAYER

WHEREFORE, Plaintiff requests judgment against each defendant as follows:

1. For general damages;
2. For medical and hospital expenses, past, present and future;
3. For incidental expenses, past, present and future;
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court may deem just and proper.

DATED: December 22, 2021                    **CENTURY PARK LAW GROUP, LLP**

By:_____
ROBERT L. BOOKER II
SOHEIL BAHARI
Attorneys for Plaintiff
JACK SCHLONSKY

-8-

**COMPLAINT FOR DAMAGES**

Exhibit 1                                                                                          11

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br>Robert L. Booker II, Esq. (232065); Soheil Bahari, Esq. (297162) <br>Century Park Law Group, LLP 864 S. Robertson Blvd., 3rd Floor, Los Angeles, CA 90035 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 888-203-1422    FAX NO. *(Optional):* 888-203-1424 <br>E-MAIL ADDRESS: Robert@CPLGLaw.com; Soheil@CPLGLaw.com <br>ATTORNEY FOR *(Name):* Plaintiff Jack Schlonsky | **Electronically FILED** by Superior Court of California County of Ventura <br>12/23/2021 <br>Brenda L. McCormick <br>Executive Officer and Clerk <br>*/s/ Joan Foster* <br>Joan Foster <br>Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA |
|---|
| STREET ADDRESS: 800 South Victoria Avenue |
| MAILING ADDRESS: 800 South Victoria Avenue |
| CITY AND ZIP CODE: Ventura 93009 |
| BRANCH NAME: Ventura - Hall of Justice |

CASE NAME:
Schlonsky v. City of Port Hueneme et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder <br> Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | 56-2021-00561545-CU-PO-VTA <br> JUDGE: <br> DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) <br> [ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06) <br> [ ] Rule 3.740 collections (09) <br> [ ] Other collections (09) <br> [ ] Insurance coverage (18) <br> [ ] Other contract (37) | [ ] Antitrust/Trade regulation (03) <br> [ ] Construction defect (10) <br> [ ] Mass tort (40) <br> [ ] Securities litigation (28) <br> [ ] Environmental/Toxic tort (30) <br> [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** <br> [ ] Asbestos (04) <br> [ ] Product liability (24) <br> [ ] Medical malpractice (45) <br> [x] Other PI/PD/WD (23) | **Real Property** <br> [ ] Eminent domain/Inverse condemnation (14) <br> [ ] Wrongful eviction (33) <br> [ ] Other real property (26) | |
| **Non-PI/PD/WD (Other) Tort** <br> [ ] Business tort/unfair business practice (07) <br> [ ] Civil rights (08) <br> [ ] Defamation (13) <br> [ ] Fraud (16) <br> [ ] Intellectual property (19) <br> [ ] Professional negligence (25) <br> [ ] Other non-PI/PD/WD tort (35) | **Unlawful Detainer** <br> [ ] Commercial (31) <br> [ ] Residential (32) <br> [ ] Drugs (38) <br> **Judicial Review** <br> [ ] Asset forfeiture (05) <br> [ ] Petition re: arbitration award (11) <br> [ ] Writ of mandate (02) <br> [ ] Other judicial review (39) | **Enforcement of Judgment** <br> [ ] Enforcement of judgment (20) <br> **Miscellaneous Civil Complaint** <br> [ ] RICO (27) <br> [ ] Other complaint *(not specified above)* (42) <br> **Miscellaneous Civil Petition** <br> [ ] Partnership and corporate governance (21) <br> [ ] Other petition *(not specified above)* (43) |
| **Employment** <br> [ ] Wrongful termination (36) <br> [ ] Other employment (15) | | |

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* 3; Dangerous Condition on Public Property; Premises Liability; General Negligence
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 22, 2021
Robert L. Booker II, Esq.  ▶  */s/*
(TYPE OR PRINT NAME)                                                                                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev.September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> www.courts.ca.gov |

Ventura Superior Court Accepted through eDelivery submitted 12-23-2021 at 10:53:16 AM

Exhibit 1                                                                                                  12

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET** CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

```
 1  ROBERT L. BOOKER II, ESQ. (BAR NO. 232065)
    SOHEIL BAHARI, ESQ. (BAR NO. 297162)
 2  CENTURY PARK LAW GROUP, LLP
    864 S. Robertson Blvd., 3rd Floor
 3  Los Angeles, California 90035
    Telephone: (888) 203-1422
 4  Facsimile: (888) 203-1424
    Email: Robert@CPLGLaw.com
 5  Email: Soheil@CPLGLaw.com
 6
    Attorneys for Plaintiff
 7  JACK SCHLONSKY
 8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9                   COUNTY OF VENTURA – UNLIMITED
10
11  JACK SCHLONSKY, an individual,     )  Case No.:
                                       )
12                                     )
               Plaintiff,              )  PLAINTIFF'S STATEMENT OF
13                                     )  DAMAGES
       vs.                             )
14                                     )
    CITY OF PORT HUENEME; PORT OF      )
15  HUENEME OXNARD HARBOR DISTRICT;    )
    COUNTY OF VENTURA; NAVAL BASE      )
16  VENTURA COUNTY CONSTRUCTION        )
    BATTALION CENTER; STATE OF         )
17  CALIFORNIA; CAREFREE LIVING        )
    ASSOCIATION OF HUENEME BAY; a      )
18                                     )
    California company; and DOES 1 through )
19  100, inclusive,                    )
                                       )
20             Defendants.             )
21
22
23      **TO THE DEFENDANTS AND TO THEIR COUNSEL OF RECORD:**
24      NOTICE IS HEREBY GIVEN to the Defendants herein, and through attorneys of record,
25  that Plaintiff JACK SCHLONSKY claims the following special and general damages:
26      1.   **SPECIAL DAMAGES:**      $150,000.00
        2.   **GENERAL DAMAGES:**      $500,000.00
27
28
```

PLAINTIFF'S STATEMENT OF DAMAGES

Exhibit 1                                                              14

| | |
|---|---|
| DATED: December 22, 2021 | **CENTURY PARK LAW GROUP, LLP**<br><br>By:_____<br>ROBERT L. BOOKER II<br>SOHEIL BAHARI<br>Attorneys for Plaintiff<br>JACK SCHLONSKY |

**PLAINTIFF'S STATEMENT OF DAMAGES**

**Exhibit 1**     **15**